# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>      Lashonda Carson<br><br>              Debtor(s) | Case No. 14 B 00176 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/04/2014.

2) The plan was confirmed on 03/25/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/25/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/09/2016.

5) The case was Converted on 01/20/2017.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,355.98 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$16,355.98** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,993.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $629.50 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,622.50** |
| Attorney fees paid and disclosed by debtor: | $350.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acs/Jpmorg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advance Paycheck | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 2,491.86 | 2,491.86 | 0.00 | 0.00 |
| Avante | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Avante | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Capital Recovery Systems | Unsecured | 162.50 | NA | NA | 0.00 | 0.00 |
| Ccs/First National Ban | Unsecured | 1,272.00 | NA | NA | 0.00 | 0.00 |
| Ccs/First National Ban | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bureau | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Creditors Protection S | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 282.00 | 282.56 | 282.56 | 0.00 | 0.00 |
| Dominion East | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 3,541.00 | 15,001.04 | 15,001.04 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 2,272.00 | 2,397.66 | 2,397.66 | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 768.00 | NA | NA | 0.00 | 0.00 |
| First Federal Credit | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| First Federal Credit | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| FirstMerit Bank NA | Secured | 10,500.00 | 14,303.85 | 10,500.00 | 10,500.00 | 532.39 |
| FirstMerit Bank NA | Unsecured | NA | 0.00 | 3,803.85 | 0.00 | 0.00 |
| General Electric Efcu | Secured | 519.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 0.00 | 2,264.93 | 2,264.93 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,994.00 | 2,836.00 | 2,836.00 | 528.34 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| Kahuna Payment Solutions | Secured | 200.00 | 1,437.88 | 200.00 | 159.29 | 13.46 |
| Kahuna Payment Solutions | Unsecured | 0.00 | 1,237.88 | 1,237.88 | 0.00 | 0.00 |
| National Student Loan | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| Ntlstdntln | Unsecured | 4,905.00 | NA | NA | 0.00 | 0.00 |
| Ntlstdntln | Unsecured | 3,541.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ntlstdntln | Unsecured | 3,037.00 | NA | NA | 0.00 | 0.00 |
| Ntlstdntln | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| Ntlstdntln | Unsecured | 4,905.00 | NA | NA | 0.00 | 0.00 |
| Ohio Department of Taxation | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 679.00 | 705.88 | 705.88 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 701.00 | 701.26 | 701.26 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1.00 | 611.69 | 611.69 | 0.00 | 0.00 |
| Radiology Services of Canton | Unsecured | 0.00 | 52.88 | 52.88 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 219.36 | 219.36 | 0.00 | 0.00 |
| Ridge Orthopedic & Rehab | Unsecured | 43.57 | NA | NA | 0.00 | 0.00 |
| Riverside Health System | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 1,586.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 2,796.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| Stark County Emergency Physician | Unsecured | 173.00 | 188.28 | 188.28 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| Surge | Unsecured | 578.83 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 124.94 | NA | NA | 0.00 | 0.00 |
| Tribute | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 3,037.00 | 40,791.93 | 40,791.93 | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 5,299.00 | 8,117.23 | 8,117.23 | 0.00 | 0.00 |
| University Of Phoenix | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 1.00 | 392.83 | 392.83 | 0.00 | 0.00 |
| Vision Financial Services | Unsecured | 120.40 | NA | NA | 0.00 | 0.00 |
| Westgate Lakes Resort & Spa | Secured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| William Bennett III DDS | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| WoodForest Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,500.00 | $10,500.00 | $532.39 |
| All Other Secured | $200.00 | $159.29 | $13.46 |
| **TOTAL SECURED:** | **$10,700.00** | **$10,659.29** | **$545.85** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,836.00 | $528.34 | $0.00 |
| **TOTAL PRIORITY:** | **$2,836.00** | **$528.34** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$79,261.12** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,622.50 |
| Disbursements to Creditors | $11,733.48 |
| **TOTAL DISBURSEMENTS** : | **$16,355.98** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/16/2017        By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**